In the Matter of WOODROW FLEMMING, Appellant, v CHARLES TEJADA, as Justice of the Supreme Court, New York County, et al., Respondents.

Submitted November 5, 2007; decided December 20, 2007

Reported below, 43 AD3d 809.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal etc. denied.

TOWN OF POUGHKEEPSIE, Appellant, v THOMAS ESPIE et al., Respondents.

Submitted November 5, 2007; decided December 20, 2007

Reported below, 41 AD3d 701.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.